# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

GEORGE ACKEL, III,
AND A&C HOLDINGS
OF MISSISSIPPI LLC

    *Plaintiffs,*

VS.

THE ESTATE OF MATTHEW L. PEPPER,
AND PEPPER & ASSOCIATES, PC,

    *Defendants,*

CASE NO:

SECTION:

*************************************************************************

## COMPLAINT

The petition of Plaintiffs **GEORGE ACKEL, III,** a person of the full age of majority and a resident and domiciled in Parish of New Orleans, State of Louisiana, and **A&C HOLDINGS OF MISSISSIPPI LLC**, a foreign limited liability company incorporated and having its principle place of business in the State of Mississippi, with respect represent the following:

1.

Made Defendants herein are:

1. **THE ESTATE OF MATTHEW L. PEPPER**, a person of the full age of majority, domiciled in Harrison County, State of Texas;

2. **PEPPER & ASSOCIATES, PC**, a Texas Domestic Professional Corporation and law firm, with its principal place of business at 25211 Grogans Mill Road Suite 450 The Woodlands, Texas 77380;

3. **ABC INSURANCE COMPANY**, upon information and belief, a foreign insurance company authorized to and doing business in the State of Louisiana which is believed to have issued a policy of insurance to MATTHEW L. PEPPER AND PEPPER & ASSOCIATES, PC during the relevant time periods herein.

1

2.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 as Plaintiffs are citizens of Louisiana and Mississippi respectively and Defendants are citizens of Texas. The amount in controversy exceeds $75,000.00.

3.

Venue is proper in this Court pursuant to 28 U.S.C §1339(b)(2) as the underlying lawsuit which Plaintiffs' cause of action arises out of was heard in Jefferson Parish, State of Louisiana.

4.

On April 4, 2020 Ulfers Development LLC brought suit against Plaintiffs for alleged past due rents. The case caption is: *Ulfers Development LLC v. A&C Holdings LLC Et. Al.* Case No. 806058.

5.

Defendant Matthew Pepper was general counsel both personally and for various businesses of Plaintiff George Ackel, including A&C Holdings of Mississippi LLC, for approximately ten (10) years.

6.

Defendant Matthew Pepper filed an answer on approximately June 19, 2020 on behalf of Plaintiffs in the underlying lawsuit.

7.

Initially, Plaintiffs brought in outside counsel to handle the matter. However, outside counsel withdrew from the lawsuit on April 28, 2021. Matthew Pepper then assumed the duties of representing Plaintiffs.

8.

During the course of the litigation, Ulfers Development LLC filed two motions for summary judgment seeking judgment on both its lawsuit for past due rents and dismissal of Plaintiffs' reconventional demand.

9.

The last date to file an opposition to these motions for summary judgment was December 27, 2021.

10.

Defendants failed to timely file an opposition to the motions for summary judgment.

11.

Ulfers Development LLC's motions for summary judgment were granted, upon information and belief due solely due to being unopposed.

12.

Ulfers Development LLC then filed a motion to set attorney's fees and costs. Upon information and belief, Defendants failed to file any opposition to this motion.

13.

As a result of these failures, Plaintiffs' Reconventional Demand was dismissed and Plaintiffs were cast in judgment in the amount of approximately $375,000.00.

**FIRST CAUSE OF ACTION –NEGLIGENCE/GROSS NEGLIGENCE**

14.

Plaintiffs incorporate Paragraphs 1 to 13 as if set forth herein verbatim.

15.

Defendants had a duty to use such skill, prudence, and diligence as members of the legal profession commonly possess and exercise, in providing legal services to Plaintiffs pursuant to Rule 1.1 of the Louisiana Rules of Professional Conduct.

16.

Rule 1.1 of the Louisiana Rules of Professional Conduct governs the competence of a lawyer and provides, in pertinent part:

> (a) A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness and preparation reasonably necessary for the representation.

14.

Defendants' failure to timely oppose the motions for summary judgment and the motion to set costs and attorney's fees in the underlying matter was in breach of their duty to act as a reasonably competent lawyer under Rule 1.1.

15.

Defendants violated the duty of care owed to Plaintiffs in the following non-exclusive respects. Each of the following foregoing acts and/or omissions, taken separately or collectively, constitute a direct and proximate cause of actual damages to Plaintiffs:

    a.    Defendants breached their duty to act as reasonably competent attorneys in violation of Rule 1.1 by failing to timely file an opposition to Ulfers Development's motions for summary judgment;

    b.    Defendants breached their duty to act as reasonably competent attorneys in violation of Rule 1.1 by failing to timely file an opposition to Ulfers Development's motion to set costs and attorney's fees;

    c.        Defendants breached their duty to Plaintiffs by failing to take "steps to the extent reasonably practicable to protect a client's interests…";

17.

As described above, Defendants' wrongful conduct has proximately caused Plaintiffs actual damages, for which they now sue.

## SECOND CAUSE OF ACTION – LEGAL MALPRACTICE

18.

Plaintiffs incorporate Paragraphs 1 to 17 as if set forth herein verbatim.

19.

Defendants' failure to comply with deadlines to file briefs in opposition of summary judgment and motions generally prevented Plaintiffs from properly asserting their defenses and reconventional demand.

20.

Defendants breached the duties owed to Plaintiffs as their attorney. Defendants failed to exercise the proper standard of care. These breaches are outlined above.

21.

As a result of the breaches of Defendants, Plaintiffs have suffered damages. These damages include, but are not limited to, the loss of their right to assert defenses to Ulfers Development's claims, the right to prosecute their reconventional demand, and the monetary damages incurred as a result of Defendants' breaches.

22.

Defendants' breaches and negligence were the proximate cause of Plaintiffs' damages.

23.

Plaintiffs are therefore entitled to damages for the items set forth above in such amounts as are reasonable.

## DAMAGES

24.

As a direct and proximate result of Defendants' actions and inactions, Plaintiffs have incurred significant damages including, but not limited to: the judgment cast against them, and all they could have received in their underlying reconventional demand plus interest, all costs, charges and expenses of these proceedings, and any other costs and damages as identified through discovery and/or at trial, which are recoverable at law.

## PRAYER FOR RELIEF

25.

Plaintiffs, **GEORGE ACKEL, III** and **A&C HOLDINGS OF MISSISSIPPI, LLC**, are therefore entitled to damages for the items set forth above in such amounts as are reasonable. Plaintiffs requests a trial by jury.

**WHEREFORE**, Plaintiffs pray:

1. That certified copies of this Complaint, together with Citation, be issued and served according to law on the Defendants;

2. After the lapse of all legal delays and proceedings had, there be judgment against **THE ESTATE OF MATTHEW L. PEPPER; and PEPPER & ASSOCIATES, PC**, *in solido* and in favor of Plaintiffs, in such amounts as are just and reasonable;

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs, expenses of these proceedings, and

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general, and equitable relief.

RESPECTFULLY SUBMITTED:

*s/Jacques F. Bezou, Jr.*
Jacques F. Bezou (3037)
Jacques F. Bezou, Jr. (33728)
Payton S. Lachney (39947)
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile:  (985) 892-1413
jb2@bezou.com
*Attorneys for Plaintiffs*

**PLEASE SERVE:**

**THE ESTATE OF MATTHEW L. PEPPER;**
Via Long-Arm Service through the attorney for the independent administrator of the succession, Shelly Norris-Pepper
Christine Butts
8777 West Rayford Road
The Woodlands TX 77389

**PEPPER & ASSOCIATES, PC;**
Via Long-Arm Service through its registered agent for service
Through the attorney for the independent administrator of the succession, Shelly Norris-Pepper
Christine Butts
8777 West Rayford Road
The Woodlands TX 77389

**PLEASE WITHHOLD SERVICE:**

**ABC INSURANCE COMPANY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE ACKEL, III,<br>AND A&C HOLDINGS<br>OF MISSISSIPPI LLC | * | |
| | * | CASE NO: |
| *Plaintiffs,* | * | |
| | * | |
| VS. | * | |
| | * | SECTION: |
| | * | |
| THE ESTATE OF MATTHEW L. PEPPER,<br>AND PEPPER & ASSOCIATES, PC, | * | |
| | * | |
| *Defendants,* | * | |

*************************************************************************

## VERIFICATION

**BEFORE ME,** the undersigned authority personally came and appeared Plaintiff,

**GEORGE J. ACKEL, III**

who after being duly sworn, did depose and state that the foregoing Complaint in the above captioned matter is true and correct to the best of his knowledge and belief.

_____
GEORGE J. ACKEL, III

SWORN TO AND SUBSCRIBED before me this 20th day of December, 2022.

_____
NOTARY PUBLIC
Jacques F. Bezou, Tr.
LSBA# 33728  For Life